No. 89–5558. BROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–5559. KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–7191. SOFFAR v. TEXAS. Ct. Crim. App. Tex.;
No. 88–7465. UNDERWOOD v. INDIANA. Sup. Ct. Ind.;
No. 89–219. BROWN v. ALABAMA. Sup. Ct. Ala.;
No. 89–5083. WILLIAMS v. TEXAS. Ct. Crim. App. Tex.;
No. 89–5110. LINGAR v. MISSOURI. Sup. Ct. Mo.;
No. 89–5193. KENNEDY v. ALABAMA. Ct. Crim. App. Ala.;
No. 89–5245. JULIUS v. JONES, WARDEN. C. A. 11th Cir.;
No. 89–5256. GUINAN v. MISSOURI. Sup. Ct. Mo.;
No. 89–5442. DeLUNA v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.; and
No. 89–5496. COCHRAN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. Reported below: No. 87–7191, 742 S. W. 2d 371; No. 88–7465, 535 N. E. 2d 507; No. 89–219, 545 So. 2d 122; No. 89–5083, 773 S. W. 2d 525; No. 89–5110, 766 S. W. 2d 640; No. 89–5193, 545 So. 2d 214; No. 89–5245, 875 F. 2d 1520; No. 89–5256, 769 S. W. 2d 427; No. 89–5442, 873 F. 2d 757; No. 89–5496, 548 So. 2d 1062.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–1756. PLATT v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL. C. A. 7th Cir. Motion of Chicago Council of Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 88–1937. JONES v. CELOTEX CORP. ET AL. C. A. 5th Cir. Motion of petitioner to defer consideration of the petition for certiorari denied. Certiorari denied.